

# THE ATTORNEY GENERAL

# OF TEXAS

## AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

November 20, 1957

Honorable Raymond W. Vowell
Acting Executive Director
Board for Texas State Hospi-
 tals and Special Schools
Box S, Capitol Station
Austin, Texas

Opinion No. WW-302.

Re: Authority for the Board
 for Texas State Hospitals
 and Special Schools to ex-
 pend moneys appropriated
 to it to reimburse the
 Texas Youth Council for
 facilities and equipment
 remaining at the Texas
 Blind, Deaf and Orphans
 School on the abandonment
 of the present site.

Dear Mr. Vowell:

Your request for an opinion reads as follows:

"The Texas Youth Council has requested from
this Board funds to assist them in relocating
the Texas Blind, Deaf & Orphan School as author-
ized by Senate Bill 478, Acts, 55th Legislature,
R.S., 1957. The problems encountered by the
Youth Council are sufficiently stated in a let-
ter from Hon. James A. Turman, Acting Executive
Director, to the Hon. Ben Ramsey, Lieutenant Gov-
ernor, dated November 1, 1957, a copy of which is
enclosed for your information.

"It is the desire of this Board to assist
the Youth Council if possible; however, we have
considerable doubt as to the availability of
funds to accomplish this purpose. In order that
we might give a definite answer to the Youth
Council's request, it is requested that we have
the opinion of your office on the following ques-
tion:

"Does this Board have authority to use any
of the funds appropriated to this Board or its
institutions by House Bill 133, Acts, 55th Legis-
lature, R.S., 1957, to accomplish this purpose?"

According to the letter from the Honorable James A.
Turman, Acting Executive Director, referred to in your request,

the Texas Youth Council desires that the Board for Texas State
Hospitals and Special Schools reimburse the Youth Council for
the value of various facilities, equipment and furnishing at
the present site of the Texas Blind, Deaf and Orphans School
Plant.

Sections 1, 2 and 3 of Senate Bill 478, Acts of the
55th Legislature, Regular Session, 1957, Chapter 389, provides
as follows:

"Section 1.  The Texas Youth Council is
hereby authorized to relocate the State Blind,
Deaf and Orphans School now situated on Bull
Creek Road in the City of Austin, Texas, to a
more suitable site.

"Sec. 2.  From funds appropriated in the
general appropriation bill, the Texas Youth
Council is directed to construct a new Blind,
Deaf and Orphans School.

"Sec. 3.  The Texas Youth Council is au-
thorized to enter into an inter-agency contract
with the Board for State Hospitals and Special
Schools for the purpose of transferring the pres-
ent site of the Blind, Deaf and Orphans School
to the Board for Texas State Hospitals and Spe-
cial Schools for use by the Hospital Board as it
so needs.  The Texas Youth Council is further
authorized to accept by an inter-agency contract
suitable land now owned or acquired by the Hos-
pital Board for the purpose of constructing a
new Blind, Deaf and Orphans School.  Should the
State Hospital Board not have a suitable tract
of land for such purposes, then in such event
the State Hospital Board shall purchase a suit-
able tract of land in or near Austin, Texas to
be approved by the Texas Youth Council in ex-
change for the present facilities at the Blind,
Deaf and Orphans School.  The Hospital Board is
authorized to purchase such site out of any
funds appropriated to them by House Bill No. 133
of the 55th Legislature; provided, however, such
monies shall not be appropriated or transferred
from any medical treatment funds, for the pur-
pose of this Act.

Item 5 of the appropriation for the use and benefit of
the Blind, Deaf and Orphans School contained in House Bill 133,

Acts of the 55th Legislature, Regular Session, Chapter 385, provides:

|  | "For the Years Ending | |
| --- | --- | --- |
|  | August 31, 1958 | August 31, 1959 |
| "For constructing, equipping, paying architect's fees and furnishing a new institution at a site selected by the State Youth Council with the prior approval of the governor after obtaining the advice of the Legislative Budget Board. Construction of institution and the procurement of a site to be in accordance with the provisions of Senate Bill 478, 55th Legislature .................. | $1,514,000 | U. B." |

Section 1 of Senate Bill 478 authorizes the Texas Youth Council to locate the State Blind, Deaf and Orphans School. Section 2 authorizes the Texas Youth Council to construct a new Blind, Deaf and Orphans School. Section 3 authorizes the Texas Youth Council to transfer to the Board for Texas State Hospitals and Special Schools the present site of the Blind, Deaf and Orphans School. Section 3 further authorizes the Youth Council to accept land of the Hospital Board to be used as a site for the new school, and specifically provides that in the event the Hospital Board does not have a suitable tract of land, it shall purchase such site from any money appropriated to the Board other than medical treatment funds.

The purchase of the tract of land by the Hospital Board to be approved by the Youth Council is "in exchange for the present facilities at the Blind, Deaf and Orphans School." Thus, the Legislature has specifically provided that the reimbursement to the Youth Council for the present site and facilities will be land purchased by the Board for Texas State Hospitals and Special Schools to be used as the site for the new plant to be constructed by the Youth Council out of moneys appropriated for that purpose. You are therefore advised that the Board for Texas State Hospitals and Special Schools is not authorized to reimburse the Youth Council for facilities, equipment and furnishing at the present site of the Blind, Deaf and Orphans School other than by the purchase of land above mentioned.

## SUMMARY

The Board for Texas State Hospitals and Special
Schools is authorized to purchase a suitable tract
of land in or near Austin, to be approved by the
Texas Youth Council in exchange for the present site,
facilities, equipment and furnishing at the Texas
Blind, Deaf and Orphans School Plant, but is not au-
thorized to reimburse the Youth Council for the rea-
sonable values thereof other than by the tract so
purchased.

Yours very truly,

WILL WILSON
Attorney General of Texas

By John Reeves
John Reeves
Assistant

JR:am:wb

APPROVED:

OPINION COMMITTEE

Geo. P. Blackburn, Chairman
Leonard Passmore
J. C. Davis, Jr.
John H. Minton, Jr.
Wayland C. Rivers, Jr.

REVIEWED FOR THE ATTORNEY GENERAL

BY:  James N. Ludlum